UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMY VALENTINE,

                Plaintiffs,

- against -

MIDLAND FUNDING, LLC,

                Defendant.
-----------------------------------------------------------X

**ORDER**

15-CV-6622 (ARR) (MDG)

GO, United States Magistrate Judge:

Plaintiff Amy Valentine's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

    **SO ORDERED.**

                              ___/s/_____
                              MARILYN D. GO
                              United States Magistrate Judge

Dated: November 23, 2015
       Brooklyn, New York